USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1115 GERTRUDE GOROD, Plaintiff, Appellant, v. DEPARTMENT OF EMPLOYMENT AND TRAINING, ET AL., Defendants, Appellees. ____________________ APPEALS FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Robert B. Collings, U.S. Magistrate Judge] _____________________ ____________________ Before Torruella, Chief Judge, ___________ Stahl and Lynch, Circuit Judges. ______________ ____________________ Gertrude Gorod on brief pro se. ______________ Scott Harshbarger, Attorney General, Richard H. Spicer and Lucy _________________ __________________ ____ A. Wall, Assistant Attorneys General, on brief for appellees. _______ ____________________ OCTOBER 9, 1997 ____________________ Per Curiam. Pro se plaintiff Gertrude Gorod commenced __________ ___ __ this action against the Department of Employment and Training (DET) and several of its employees seeking relief under Title VII of the 1964 Civil Rights Act, 42 U.S.C. 2000e, and the Age Discrimination in Employment Act (ADEA), 29 U.S.C. 621 et seq.1 The district court dismissed plaintiff's claims 1 against the DET as a sanction for failing to comply with numerous discovery orders. Plaintiff's claims against the other defendants had been previously dismissed on the ground that employees cannot be liable in their individual capacities under Title VII or the ADEA. Having thoroughly reviewed the record and the parties' briefs on appeal, we conclude that the district court did not abuse its discretion in dismissing plaintiff's claims against the DET. See Valentine v. Museum of Modern Art, 29 F.3d 47, ___ _________ _____________________ 48 (2d Cir. 1994). We need not decide whether the court's ruling dismissing the individual defendants was correct, for it is clear that had this ruling not been entered, these claims would have been dismissed along with plaintiff's claims against the DET. Plaintiff's persistent refusals to comply with the district court's discovery orders provides independent justification for the dismissal of her claims against the individual defendants. Plaintiff's contention  ____________________ 1The individual defendants are Nils Nordberg, Doreen 1 Gately, Anna McKeon and John Marra.  -2- that the district court erred in denying her motions to sanction defense counsel is wholly meritless. Accordingly, the judgment of the district court is summarily affirmed. See Local Rule 27.1. ________ ___ -3-